UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:15-CR-23-TBR-LLK

UNITED STATES OF AMERICA,                                             PLAINTIFF

v.

DELANA MOTT,                                                               DEFENDANT

**ORDER**

This matter is before the Court on Defendant Delana Mott's Motion to Withdrawal Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. [DN 248]. Pursuant to this Motion, Defendant's Motion to Vacate Under 28 U.S.C. § 2255, [DN 204], is **DENIED AS MOOT**. Additionally, Defendant has filed a Motion for Reconsideration. [DN 247]. The Court orders the United States to respond to this motion within forty-five (45) days.

      **IT IS SO ORDERED.**

*[Signature: Thomas B. Russell]*

      **Thomas B. Russell, Senior Judge**
      **United States District Court**

December 10, 2019

CC: Attorneys of Record